GARMAN TURNER GORDON LLP
ERIKA PIKE TURNER
Nevada Bar No. 6454
JARED M. SECHRIST
Nevada Bar No. 10439
Email: eturner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
Fax: (725) 777-3112

*Attorneys for Defendant My Daily Choice, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRACY COWHERD, individually and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MY DAILY CHOICE, INC,<br><br>Defendant. | CASE NO.: 2:24-cv-01128-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT'S DEADLINE TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR AI 6-1, Plaintiff, TRACY COWHERD ("Plaintiff"), and Defendant, MY DAILY CHOICE, INC. ("Defendant" together with Plaintiff the "Parties"), through their respective counsel, hereby stipulate and agree as follows:

1. Defendant shall have until September 1, 2024 to file its response to Plaintiff's Complaint.

2. This request for extension of time is to allow Plaintiff time to seek consolidation of this matter with Case No. 3:24-cv-00254-ART-CSD, currently pending in this District, and, given the complexity of Plaintiff's allegations, to allow Defendant time to investigate Plaintiff's claims.

3. Defendant expressly reserves all rights, remedies, defenses, objections, and legal arguments, including, but not limited to, its right to move to compel arbitration, its right to move to dismiss any individual or consolidated complaint, its right to challenge joinder of plaintiffs to one another, its right to oppose class certification on any grounds, its rights to oppose consolidation

in any other forum or further consolidation in this forum, and its right to file a motion or motions for summary judgment, among others.

    4.    This is the Parties' first request for extension of time this deadline, and it is not intended to cause any delay or prejudice to any party.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated this 2nd day of July 2024. | Dated this 2nd day of July 2024. |
| GARMAN TURNER GORDON LLP | KAZEROUNI LAW GROUP, APC |
| /s/ Jared M. Sechrist<br>ERIKA PIKE TURNER<br>Nevada Bar No. 6454<br>JARED M. SECHRIST<br>Nevada Bar No. 10439<br>7251 Amigo Street, Suite 210<br>Las Vegas, Nevada 89119<br><br>*Attorneys for Defendant, My Daily Choice, Inc.* | /s/ Mona Amini<br>MONA AMINI<br>Nevada Bar No. 15381<br>GUSTAVO PONCE<br>Nevada Bar No. 15084<br>6940 S. Cimarron Road, Suite 210<br>Las Vegas, Nevada 89113<br><br>SIRI & GLIMSTAD LLP<br>MASON A. BARNEY (pro hac vice forthcoming)<br>TYLER J. BEAN (pro hac vice forthcoming)<br>745 Fifth Avenue, Suite 500<br>New York, New York 10151<br><br>*Attorneys for Plaintiff, Tracy Cowherd* |

**ORDER**

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: July 3, 2024